FILED
MAR 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRETT E. COHEN, ESQUIRE,
as personal and legal representative of
the estate of D.Q., deceased,

    Plaintiff

v.

THE GOVERNMENT OF THE
DISTRICT OF COLUMBIA

    and

PROGRESSIVE LIFE CENTER

    and

NILE EXPRESS TRANSPORT, INC.

    and

WILLIAM L. WOODS

    Defendants

CASE NO.: _____

Case: 1:08-cv-00480
Assigned To : Collyer, Rosemary M.
Assign. Date : 3/21/2008
Description: Civil Rights-Non-Employ.

### **CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for Defendant, Progressive Life Center, Inc., certify that to the best of my knowledge and belief, Progressive Life Center, Inc. is a non-profit corporation which has no parent companies, subsidiaries, or affiliates.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

_____
Jeffrey R. DeCaro
D.C. Bar No. 350496
4601 Forbes Boulevard
Suite 200
Lanham, Maryland 20706
(301) 306-4300
jdecaro@decarodoran.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of March, 2008, a copy of the foregoing Petition for Removal was mailed, first-class, postage prepaid, to:

James C. Bailey, Esquire
Jason H. Ehrenberg, Esquire
Bailey & Ehrenberg, PLLC
1155 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036

Christopher Costabile, Esquire
10555 Main Street
Suite 400
Fairfax, VA 22030

David F. Grimaldi, Esquire
Martell, Donnelly, Grimaldi & Gallagher
1900 L Street, N.W.
Suite 401
Washington, D.C. 20036

_____
Jeffrey R. DeCaro

I:\Common\WP\L4\JRD\Chambers\CertificateUnderLCvR 7.1.wpd