UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRETT E. COHEN, ESQ.<br>AS PERSONAL AND LEGAL<br>REPRESENTATIVE OF THE ESTATE<br>OF D.Q., DECEASED<br><br>　　　　Plaintiff<br><br>v.<br><br>THE GOVERNMENT OF THE<br>DISTRICT OF COLUMBIA, et al.<br><br>　　　　Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:　Case No. 1:08-CV-00480 RMC<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of David F. Grimaldi, Martell, Donnelly, Grimaldi & Gallagher as counsel for defendant William L. Woods in the above matter.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　MARTELL, DONNELLY, GRIMALDI & GALLAGHER, P.A.


　　　　　　　　　　 /s/ David F. Grimaldi
　　　　　　　　　　David F. Grimaldi　　　#005306
　　　　　　　　　　1900 L Street, N.W., Suite 401
　　　　　　　　　　Washington, D. C. 20036
　　　　　　　　　　(202) 293-0830
　　　　　　　　　　Counsel for defendants William L. Woods
　　　　　　　　　　d.grimaldi@mdgg.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance was e-filed with the Court and counsel this ___26th___ day of March, 2008.

        James C. Bailey, Esquire
        Jason H. Ehrenberg, Esquire
        Kathleen Anne Behan, Esquire
        Bailey & Ehrenberg, PLLC
        1155 Connecticut Avenue, N.W.
        Suite 1100
        Washington, D.C. 20036

        Jeffrey R. DeCaro, Esquire
        DeCaro, Doran, Siciliano,
        Gallagher & DeBlasis, LLP
        4601 Forbes Boulevard, Suite 200
        Lanham, Maryland 20706

        Christopher Costabile, Esquire
        10555 Main Street, Suite 400
        Fairfax, Virginia 22030

                            _/s/ David F. Grimaldi_____
                            David F. Grimaldi