IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRETT E. COHEN, ESQUIRE,<br>as personal and legal representative of<br>the estate of D.Q., deceased,<br><br>    Plaintiff<br><br>v.<br><br>THE GOVERNMENT OF THE<br>DISTRICT OF COLUMBIA, et al.<br><br>    Defendants | Case No.:   1:08-CV-00480-RMC |

**NOTICE OF SUBSTITUTION OF COUNSEL**

To the Clerk:

Please substitute the appearance of Ruth F. Vadi, Esquire, and the law firm of Hodes, Pessin & Katz, as counsel of record for the District of Columbia Government, and strike the appearance of Jeffrey R. DeCaro, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, as counsel for the District of Columbia. The appearance of Barry Bach, Esquire, as co-counsel for the District of Columbia, will be by Motion for Admission Pro Hac Vice.

*Jeffrey R. DeCaro, and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, will remain in the case as counsel of record for the Defendant, Progressive Life Center, Inc.*

All future Notices, Orders, and other written communications to the District of Columbia should be sent to:

    Ruth F. Vadi, Esquire
    Hodes, Pessin & Katz, P.A.
    901 Dulaney Valley Road, Suite 400
    Towson, MD 21204
    (410) 339-6751
    Fax: (410) 832-5668
    Email:rvadi@hpklegal.com

Respectfully submitted,

| | |
|---|---|
| HODES, PESSIN & KATZ, P.A. | DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP |

  /s/ Ruth F. Vadi                                   /s/ Jeffrey R. DeCaro
Ruth F. Vadi                                         Jeffrey R. DeCaro
D.C. Bar No. 482465                         D.C. Bar No. 350496
901 Dulaney Valley Road                4601 Forbes Boulevard
Suite 400                                              Suite 200
Towson, MD 21204                          Lanham, MD 20706
(410) 339-6751                                   (301) 306-4300
rvadi@hpklegal.com                       jdecaro@decarodoran.com
*Counsel for the District of*               *Counsel for Progressive Life Center*
*Columbia Government*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of March, 2008, a copy of the foregoing

Notice of Substitution of Counsel was mailed, first-class, postage prepaid, to:

James C. Bailey, Esquire
Kathleen A. Behan, Esquire
Bailey & Ehrenberg, PLLC
1155 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036

Christopher Costabile, Esquire
10555 Main Street
Suite 400
Fairfax, VA 22030

David F. Grimaldi, Esquire
Martell, Donnelly, Grimaldi & Gallagher
1900 L Street, N.W.
Suite 401
Washington, D.C. 20036

       /s/ Jeffrey R. DeCaro
  Jeffrey R. DeCaro

I:\Common\WP\L4\JRD\Chambers\NoticeofSubstitutionofCounsel.wpd