UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRETT E. COHEN, ESQUIRE, | : | |
| Plaintiff | : | Case No.: 1:08-CV-00480-RMC |
| v. | : | |
| THE GOVERNMENT OF THE DISTRICT OF COLUMBIA, et al., | : | |
| Defendants | : | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Ruth F. Vadi and the law firm of Hodes, Pessin & Katz, P.A. as counsel in this case for the Government of the District of Columbia.

Dated: March 27, 2008                                    Respectfully submitted,

/s/
Ruth F. Vadi, DC Bar No. 482465
Hodes, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, MD 21204
Tel.: 410-938-8800
Fax: 410-938-8806

Attorneys for the Government of the District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appearance was served this 27th day of March, 2008, via the ECF system to the following:

Jeffrey R. DeCaro, Esq.
DeCaro, Doran, Siciliano,
  Gallagher & DeBlasis, LLP
4601 Forbes Blvd., Suite 200
Lanham, MD  20706
*Counsel for Progressive Life Center*

James C. Bailey, Esq.
Bailey & Ehrenberg, PLLC
1155 Connecticut Avenue, N.W.
Suite 1100
Washington, DC  20036

Christopher Costabile, Esq.
10555 Main Street, Suite 400
Fairfax, VA 22030

David F. Grimaldi, Esq.
Martell, Donnelly, Grimaldi
 & Gallagher
1900 L Street, N.W., Suite 401
Washington, DC  20036

/s/ Ruth F. Vadi
Ruth F. Vadi