UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

BRETT E. COHEN, ESQUIRE,              :
                                      :
        Plaintiff                     :        Case No.:  1:08-CV-00480-RMC
                                      :
v.                                    :
                                      :
THE GOVERNMENT OF THE                 :
DISTRICT OF COLUMBIA, et al.,         :
                                      :
        Defendants                    :
                                      ::
:       :       :       :       :       :       :       :       :       :       :       :       :

## MOTION PURSUANT TO LOCAL DISTRICT COURT RULE 83.2(d) FOR ADMISSION *PRO HAC VICE*

Ruth F. Vadi (the "Movant"), a member in good standing of the District of Columbia Bar admitted to practice before the United States District Court for the District of Columbia, respectfully moves the Court to enter and Order permitting Barry Bach of Hodes, Pessin & Katz., P.A., to practice *pro hac vice* before the United States District Court for the District of Columbia in the above-referenced case on behalf of the Government of the District of Columbia.  In support of this motion, the Movant respectfully represents as follows:

1.      Mr. Bach is a member of the law firm of Hodes, Pessin & Katz, P.A., which maintains an office at 901Dulaney Valley Road, Suite 400, Towson, Maryland 21204, tel. 410-938-8800.

2.      Mr. Bach is admitted to practice before the U.S. Court of Appeals for the Fourth and Seventh Circuits and the U.S. District Court for the District of Maryland and is a member in good standing of the Maryland Bar.

3.      Attached hereto is a declaration executed by Mr. Bach.

4.      The Movant requests that this Court allow this Motion so that Mr. Bach may file pleadings, participate in the defense of the case, and appear and be heard on behalf of the Government of the District of Columbia at any hearing in this proceeding;

5.      The Movant, an associate with the same firm, Hodes, Pessin & Katz, has a CM/ECF username and password, has undergone training, and agrees to file documents electronically; and

6.      Because the authorities relied upon for the instant motion are set forth herein, Movant respectfully requests that this Court waive the requirement of a written memorandum pursuant to Local Rule 7.1.

WHEREFORE, the Movant respectfully requests this Court to enter an Order permitting Barry Bach to appear in this proceeding.

Dated:  March 27, 2008                              Respectfully submitted,


                                                    /s/_____
                                                    Ruth F. Vadi, DC Bar No. 482465
                                                    Hodes, Pessin & Katz, P.A.
                                                    901 Dulaney Valley Road, Suite 400
                                                    Towson, MD  21204
                                                    Tel.:  410-938-8800
                                                    Fax:  410-938-8806

                                                    Attorneys for the Government of the District
                                                    of Columbia

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion Pursuant to Local

District Court Rule 83.2(d) for Admission *Pro Hac Vice* was served this 27th day of March, 2008,

via the ECF system to the following:

Jeffrey R. DeCaro, Esq.
DeCaro, Doran, Siciliano,
  Gallagher & DeBlasis, LLP
4601 Forbes Blvd., Suite 200
Lanham, MD  20706
*Counsel for Progressive Life Center*

James C. Bailey, Esq.
Bailey & Ehrenberg, PLLC
1155 Connecticut Avenue, N.W.
Suite 1100
Washington, DC  20036

Christopher Costabile, Esq.
10555 Main Street, Suite 400
Fairfax, VA 22030

David F. Grimaldi, Esq.
Martell, Donnelly, Grimaldi
  & Gallagher
1900 L Street, N.W., Suite 401
Washington, DC  20036

                    /s/ Ruth F. Vadi
                    Ruth F. Vadi

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

BRETT E. COHEN, ESQUIRE,    :
            :
  Plaintiff       :  Case No.: 1:08-CV-00480-RMC
            :
v.            :
            :
THE GOVERNMENT OF THE    :
DISTRICT OF COLUMBIA, et al.,   :
            :
  Defendants     :
            :

:  :  :  :  :  :  :  :  :  :  :  :  :

## <u>DECLARATION OF BARRY BACH</u>

  I, Barry Bach, hereby request permission to appear *pro hac vice* on behalf of Defendant the

Government of the District of Columbia in the above referenced matter.  My office address and

telephone numbers are as follows:  Hodes, Pessin & Katz, P.A., 901 Dulaney Valley Road, Suite

400, Towson, MD  21204, tel. 410-339-6775.

  I am admitted to practice in the following courts:

| Court | Location |
|---|---|
| Maryland Court of Appeals | State of Maryland |
| United States District Court | District of Maryland |
| United States Court of Appeals | Fourth Circuit |
| United States Court of Appeals | Seventh Circuit |

  ~~I have not been disciplined by any bar.  I am not currently admitted~~ *~~pro hac vice~~* ~~in any case~~

pending before the United States District Court for the District of Columbia.  I have not been

admitted *pro hac vice* to the bar of this Court for any other matters in the past two years.  I am

personally familiar with the Local Rules of this Court.

  I make the foregoing statements under penalty of perjury.

Dated:  March 27, 2008       /s/ Barry Bach
                Barry Bach

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

BRETT E. COHEN, ESQUIRE, :
          :
  Plaintiff     :  Case No.: 1:08-CV-00480-RMC
          :
v.          :
          :
THE GOVERNMENT OF THE :
DISTRICT OF COLUMBIA, et al., :
          :
  Defendants    :
          ::
: : : : : : : : : : : : :

## ORDER AUTHORIING PRO HAC VICE ADMISSION

Upon the Motion of Ruth F. Vadi, a member in good standing of the Bar of the District of Columbia admitted to practice before the United States District Court for the District of Columbia, seeking the entry of an Order permitting Barry Bach of Hodes, Pessin & Katz, P.A., to practice *pro hac vice* before the United States District Court for the District of Columbia and to represent defendant the Government of the District of Columbia in this proceeding, therefore;

IT IS on this _____ day of _____, 2008;

ORDERED, that Barry Bach, of the firm of Hodes, Pessin & Katz, P.A., which maintains an office at 901 Dulaney Valley Road, Suite 400, Towson, Maryland 21204, be and hereby is granted admission to appear *pro hac vice* in this proceeding.

_____
United States District Court Judge