UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRETT E. COHEN, ESQ. AS PERSONAL AND LEGAL REPRESENTATIVE OF THE ESTATE OF D.Q., DECEASED<br><br>    Plaintiff<br><br>v.<br><br>THE GOVERNMENT OF THE DISTRICT OF COLUMBIA, et al<br><br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Case No.: 1:08-cv-00480 RMC<br>:<br>:<br>:<br>:<br>: |

## ANSWER OF DEFENDANT WILLIAM L. WOOD
## TO THIRD AMENDED COMPLAINT

COMES NOW the defendant herein WILLIAM L. WOODS, by and through counsel, Martell, Donnelly, Grimaldi & Gallagher, and answers the Third Amended Complaint as follows:

### FIRST DEFENSE

This defendant admits the jurisdiction of the Court and admits the allegations in the Third Amended Complaint in Paragraphs 1 through 6.

### SECOND DEFENSE

This defendant is without sufficient information to admit or deny the allegations contained in Paragraphs 7 through 19 of the Third Amended Complaint, however in the alternative denies all such allegations.

## COUNT I
## THIRD DEFENSE

The allegations contained Count I are addressed to co-defendants herein and need not be answered by this defendant.

## COUNT II
## FOURTH DEFENSE

The allegations contained Count II are addressed to co-defendants herein and need not be answered by this defendant.

## COUNT III
## FIFTH DEFENSE

The allegations contained Count III are addressed to co-defendants herein and need not be answered by this defendant.

## COULNT IV
## SIXTH DEFENSE

This defendant denies all factual allegations as alleged, denies negligence, denies alleged violation of traffic and motor vehicle regulations, denies proximate cause, and avers the contributory negligence of the plaintiff and/or the sole and/or concurring negligence of the co-defendants herein.  This defendant has filed a Crossclaim for contribution.

## SEVENTH DEFENSE

This defendant is without sufficient information so as to form a belief as to the injuries and damages allegedly sustained by plaintiff however in the alternative denies all such injury and damage.

## EIGHTH DEFENSE

All allegations not specifically admitted herein are hereby denied.

## COUNT V
## NINTH DEFENSE

The allegations contained Count V are addressed to co-defendants herein and need not be answered by this defendant.

## COUNT VI
## TENTH DEFENSE

The allegations contained Count VI are addressed to co-defendants herein and need not be answered by this defendant.

    Respectfully submitted,

    MARTELL, DONNELLY, GRIMALDI & GALLAGHER


    /s/ David F. Grimaldi
    David F. Grimaldi          #005306
    1900 L Street, N. W., Suite 401
    Washington, D. C. 20036
    (202) 293-0830
    Counsel for defendant  William L. Woods
    d.grimaldi@mdgg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer of Defendant William L. Woods to Third Amended Complaint was e-filed with the Court and counsel this 3rd day of April 2008.

    James C. Bailey, Esquire
    Jason H. Ehrenberg, Esquire
    Kathleen Anne Behan, Esquire
    Bailey & Ehrenberg, PLLC
    1155 Connecticut Avenue, N.W.
    Suite 1100
    Washington, D.C. 20036

    Ruth F. Vadi, Esquire
    Barry Bach, Esquire
    Hodes, Pessin & Katz, P.A.
    901 Dulaney Valley Road, Suite 400
    Towson, Maryland 21204

    Jeffrey R. DeCaro, Esquire
    James S. Liskow, Esquire
    DeCaro, Doran, Siciliano,
     Gallagher & DeBlasis, LLP
    4601 Forbes Boulevard, Suite 200
    Lanham, Maryland 20706

    Christopher Costabile, Esquire
    Law Office of Christopher Costabile
    10555 Main Street, Suite 400
    Fairfax, Virginia 22030

                       /s/ David F. Grimaldi
                       David F. Grimaldi