IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Brett E. Cohen, Esq.<br>As Personal and Legal<br>Representative of the Estate of<br>D.Q., Deceased<br><br>                    Plaintiff,<br><br>v.<br><br><br>The Government of the<br>District of Columbia ,<br><br>            et al.<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:08-CV-00480-RMC<br>)<br>)<br>)<br>)<br>) Jury Trial Demanded<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MEET AND CONFER REPORT

Plaintiff Brett E. Cohen, Esq. as Personal and Legal Representative of the Estate of D.Q., deceased, and Defendants District of Columbia, Progressive Life Center, Nile Express Transport, Inc., and William Woods (collectively, the "Defendants"), through their undersigned counsel and pursuant to Fed. Local Rule LCvR 16.3, respectfully submit the following joint meet and confer report.

Counsel for the parties held a telephonic meet and confer session on Monday, March 31, 2008, and further conferred thereafter including by e-mail. The numbered paragraphs below correspond to the identically numbered paragraphs in Local Rule 16.3. The parties also have appended a joint proposed scheduling order.

1.  No dispositive motions have been filed. Plaintiff may file a dispositive motion, if at all, until at or near the end of the discovery period. Defendants intend to file dispositive motions at or near the conclusion of discovery.

2.  The Parties propose that the deadline for joinder of parties and amendment of pleadings be set for June 30, 2008.

3.  Plaintiff will consent to proceed before a Magistrate Judge for all purposes. Defendants will not consent to proceed before a Magistrate Judge.

4.  The Parties do not rule out the possibility of settlement.

5.  Plaintiff believes that ADR may be useful prior to dispositive motions and trial and has previously requested early mediation from Defendants. Defendants have no objection to Plaintiff's proposal.

6.  The Parties propose the following dispositive motion deadline: (a) Motions: December 17th, 2008; (b) Oppositions: January 6, 2009; and (c) Replies: January 26, 2009.

7.  The Parties propose that Rule 26(a)(1) disclosures be exchanged on or before May 12, 2008.

8.  The Parties propose the following deadlines for discovery: (a) all discovery completed by November 28, 2008; (b) all depositions completed by November 28, 2008. The parties agree to comply with the discovery limitations imposed by the Federal Rules of Civil Procedure and that each party should be limited to a total of ten (10) depositions of each other party's witnesses, which would involve no more than forty (40) depositions, exclusive of expert witness discovery depositions.

9.  The Parties propose that Plaintiff's expert disclosures be presented on June 20, 2008, that Defendants provide their expert disclosures on July 21, 2008, and that rebuttal disclosures be provided on August 20, 2008. Further, the Parties propose that

expert depositions may be taken through the final day of discovery and that fact and expert discovery close on the same day, November 30, 2008.

    10.    This case has not been brought as a class action.

    11.    The Parties believe that neither discovery nor the trial should be bifurcated.

    12.    The Parties request that the date for the pretrial conference be scheduled sixty (60) days after rulings on any dispositive motions.

    13.    The Parties request that the Court set a firm trial date at the pretrial conference.

    14.    Other matters: There are no other matters at this time.

Respectfully submitted,

_/s/_

James C. Bailey
Kathleen A. Behan
BAILEY & EHRENBERG PLLC
1155 Connecticut Ave., NW,
Suite 1100
Washington, D.C. 20036
Tel: (202) 787-3869
Fax: (202) 318-7071
jcb@becounsel.com
Attorneys for Plaintiff

_/s/_

Barry Bach
Ruth Vadi
HODES, PESSIN & KATZ
901 Dulaney Valley Road, Suite 400
Towson, MD 21204
(401)938-8800
Attorney for District of Columbia

_____ /by J.C.B.
Jeffrey R. DeCaro
DECARO, DORAN, SICILIANO,
 GALLAGHER & DEBLASIS
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706
301-306-4318

**Counsel for Defendant Progressive Life Center, Inc.**

_____ /by J.C.B.
Christopher Costabile
10555 Main Street
Suite 400
Fairfax, VA 22030
703-273-2777

**Counsel for Defendant Nile Express Transport**

_____ /by J.C.B.
David Grimaldi
MARTELL, DONNELLY,
 GRIMALDI & GALLAGHER
1900 L Street NW
Suite 401
Washington, D.C. 20036
(202) 293-0830

**Counsel for Defendant William Woods**

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Brett E. Cohen, Esq.<br>As Personal and Legal<br>Representative of the Estate of<br>D.Q., Deceased<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>The Government of the<br>District of Columbia,<br><br>　　　　　　et al.<br><br>　　　　　　　　　　Defendants. | Case No. 1:08-CV-00480-RMC<br><br><br><br>Jury Trial Demanded |

## SCHEDULING ORDER

Upon consideration of the Joint Rule 16.3 Report, it is hereby ORDERED that the following schedule for discovery, dispositive motions, pretrial conference, and trial is adopted:

| Event | Date/Deadline |
|---|---|
| Initial Disclosures | May 12, 2008 |
| Amend Complaint | June 30, 2008 |
| Plaintiff's Rule 26(a)(2) Disclosures | June 20, 2008 |
| Defendant's Rule 26(a)(2) Disclosures | July 21, 2008 |
| Rebuttal Rule 26(a)(2) Disclosures | August 20, 2008 |
| Discovery motion cutoff | September 26, 2008 |
| Close of Discovery<br>(including expert discovery) | November 28, 2008 |

| | |
|---|---|
| Dispositive Motions | December 17, 2008 |
| Oppositions | January 6, 2009 |
| Replies | January 26, 2009 |
| Filing of Pretrial Statements | One week before pretrial conference |
| Pretrial Conference | Thirty (30) days after the Court's ruling on dispositive motions filed after the close of discovery; if no dispositive motions are filed, then February 6, 2009. |
| Jury Trial | To be set at pretrial conference |

This schedule may be modified at any time by the Court's own motion or upon motion of a party only upon showing of good cause.

Entered this _____ day of _____ 2008.

_____
District Judge Rosemary M. Collyer

Copy to:

**Counsel for Plaintiff:**

James C. Bailey
Kathleen A. Behan
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, D.C. 20036

**Counsel for Defendant District of Columbia:**
Barry Bach
Ruth Vadi
HODES, PESSIN & KATZ, P.A.
901 Dulaney Valley Road
Suite 400
Towson, MD 21204

**Counsel for Defendant Progressive Life Center:**

Jeffrey R. DeCaro
DECARO, DORAN, SICILIANO,
   GALLAGHER & DEBLASIS
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706

**Counsel for Defendant Nile Express Transport, Inc.**

Christopher Costabile
10555 Main Street
Suite 400
Fairfax, VA 22030

**Counsel for Defendant William Woods**

David Grimaldi
MARTELL, DONNELLY,
   GRIMALDI & GALLAGHER
1900 L Street NW
Suite 401
Washington, D.C. 20036

CERTIFICATE OF SERVICE

The undersigned certifies that on April 8, 2008 he filed and served the foregoing via the Court's ECF system upon the following counsel, who have consented to electronic service:

**Counsel for Defendant District of Columbia:**

Barry Bach
Ruth Vadi
HODES, PESSIN & KATZ, P.A.
901 Dulaney Valley Road
Suite 400
Towson, MD 21204

**Counsel for Defendant Progressive Life Center:**

Jeffrey R. DeCaro
DECARO, DORAN, SICILIANO,
  GALLAGHER & DEBLASIS
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706

**Counsel for Defendant Nile Express Transport, Inc.**

Christopher Costabile
10555 Main Street
Suite 400
Fairfax, VA 22030

**Counsel for Defendant William Woods**

David Grimaldi
MARTELL, DONNELLY,
  GRIMALDI & GALLAGHER
1900 L Street NW
Suite 401
Washington, D.C. 20036

/s/ James C. Bailey

_____