UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

BRETT E. COHEN, ESQUIRE,  :
as personal and legal representative of  :
the estate of D.Q., deceased  :
                                                              :    Case No.: 1:08-CV-00480-RMC
    Plaintiff  :

v.  :

THE GOVERNMENT OF THE  :
DISTRICT OF COLUMBIA, et al.  :
    Defendants  :

## MOTION TO EXTEND TIME IN WHICH TO FILE AN ANSWER ON BEHALF OF DISTRICT OF COLUMBIA GOVERNMENT, ONE OF THE DEFENDANTS

NOW COMES the Government of the District of Columbia, one of the Defendants, by its undersigned counsel, and with the consent of counsel for the Plaintiff,[1] respectfully request that the time for filing an Answer to the Third Amended Complaint be extended to and including April 27, 2008.

                                                /s/
                                      Ruth F. Vadi, DC Bar No. 482465

                                                /s/
                                      Barry Bach – PRO HAC VICE
                                      HODES, PESSIN & KATZ
                                      901 Dulaney Valley Road
                                      Suite 400
                                      Towson, MD 21204
                                      (410) 938-8800

                                      Attorneys for the Government of the District of Columbia

---

[1] According to Plaintiff's counsel,"Plaintiff does not object to a two week extension for your client [the Government of the District of Columbia] to Answer the third amended complaint. Plaintiff objects to any other filing in response, such as a motion to dismiss."

>                    /s/ with consent
> _____
> James C. Bailey
> BAILEY & EHRENBERG, PLLC
> 1155 Connecticut Avenue, N.W.
> Suite 1100
> Washington, DC 20036
>
> Attorney for Plaintiff, Brett E. Cohen, Esq., as Personal and Legal Representative of the Estate of Dequan Chambers, Deceased

SO ORDERED:


_____
United States District Judge


Date: _____