UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

BRETT E. COHEN, ESQUIRE, :
as personal and legal representative of :
the estate of D.Q., deceased :
: Case No.: 1:08-CV-00480-RMC
    Plaintiff :
:
v. :
:
THE GOVERNMENT OF THE :
DISTRICT OF COLUMBIA, et al. :
:
    Defendants :

**MOTION TO EXTEND TIME IN WHICH TO FILE AN ANSWER ON BEHALF OF DISTRICT OF COLUMBIA GOVERNMENT, ONE OF THE DEFENDANTS**

    NOW COMES the Government of the District of Columbia (the "District"), one of the Defendants, by its undersigned counsel, and with the consent of counsel for the Plaintiff,[1] respectfully request that the time for filing an Answer to the Third Amended Complaint be extended to and including April 27, 2008.

**MEMORANDUM OF POINTS AND AUTHORITIES**

    **Facts:** This case was originally filed in the D.C. Superior Court. The District was served with Plaintiff's Third Amended Complaint, while the case was pending in D.C.

---

[1] According to Plaintiff's counsel, "Plaintiff does not object to a two week extension for your client to Answer the third amended complaint. Plaintiff objects to any other filing in response, such as a motion to dismiss."

1

Superior Court and before removal to this Court. The undersigned were not retained to replace original counsel to represent the District until approximately March 27, 2008. Original counsel for the District were required to strike their appearance when a conflict arose. Despite good faith efforts to get up to speed, the undersigned have not yet had the opportunity to obtain sufficient information to prepare an answer to the Plaintiff's latest complaint. Moreover, some of the information necessary to respond to the Third Amended Complaint involving a claim by the Estate of a deceased ward of the District is confidential and protected by statute from disclosure to even the District's counsel without the issuance of an appropriate Order. The undersigned are in the process of obtaining such order(s). The Plaintiff has kindly consented to the requested extension of time for the District to file its answer so as to allow the undersigned the opportunity to obtain sufficient information to properly respond. The District has not filed any motions for extension of time to file an answer in this case previously and is not requesting an extension of time for any dilatory purpose.

**Points**: Requests for extensions of time to file answers to complaints are generally granted when justice requires, and as long as such requests are "not unreasonable," particularly where there is no urgency to the case and the delay requiring the request for extension of time is not within the control of the party requesting such extension. *See MacFarland v. Byrnes,* 19 App. D.C. 531(C.A.D.C. 1902). *See also Tibbs v. Williams,* 2002 U.S. Dist. LEXIS 26324 (D.D.C. Mar. 29, 2002) (late-filed reply memorandum not stricken where plaintiff is not prejudiced). In the instant case, no Scheduling Order has yet been issued. Plaintiff has consented to the extension of time, and the District requests only an extension to April 27. Hence, this extension of time will not affect any of the currently

scheduled dates in this case.

    **Authorities:**  L.Cv.R. 7(a)

                     F.R.C.P. 6, 12(a)

                     District of Columbia Rule of Civil Procedure 12(a)(3)(A)

                     *MacFarland v. Byrnes,* 19 App. D.C. 531(C.A.D.C. 1902)

                     *Tibbs v. Williams,* 2002 U.S. Dist. LEXIS 26324 (D.D.C. Mar. 29)

                     /s/
                  Ruth F. Vadi, DC Bar No. 482465

                     /s/
                  Barry Bach (*pro hac vice*)
                  HODES, PESSIN & KATZ
                  901 Dulaney Valley Road
                  Suite 400
                  Towson, MD 21204
                  (410) 938-8800

                  Attorneys for the Government of the District of Columbia

                     /s/   with consent
                  James C. Bailey
                  BAILEY & EHRENBERG, PLLC
                  1155 Connecticut Avenue, N.W.
                  Suite 1100
                  Washington, DC 20036

                  Attorney for Plaintiff, Brett E. Cohen, Esq., as Personal and Legal Representative of the Estate of Dequan Chambers, Deceased

SO ORDERED:

_____
United States District Judge


Date: _____