IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Brett E. Cohen, Esq. ) | |
| As Personal and Legal ) | |
| Representative of the Estate of ) | |
| D.Q., Deceased ) | |
| ) | |
| Plaintiff, ) | CA. No. 1: 08-0480 RMC |
| ) | |
| v. ) | |
| ) | |
| The Government of the ) | Jury Trial Demanded |
| District of Columbia , ) | |
| ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all Parties of Record:

　　Please enter the appearance of Kathleen A. Behan of the Law Firm of Bailey & Ehrenberg, PLLC as counsel for the Plaintiff.

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　/s/ Kathleen A. Behan

　　　　　　　　　　　　　　　　Kathleen A. Behan, DC # 429072
　　　　　　　　　　　　　　　　BAILEY & EHRENBERG PLLC
　　　　　　　　　　　　　　　　1155 Connecticut Avenue NW
　　　　　　　　　　　　　　　　Suite 1100
　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　Tel: (202) 331-4150
　　　　　　　　　　　　　　　　Fax: (202) 318-7071
　　　　　　　　　　　　　　　　kab@becounsel.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008 the foregoing ENTRY OF APPEARANCE was served via ECF upon the following:

Christopher Costabile
10555 Main Street
Suite 400
Fairfax, VA 22030

David Grimaldi
MARTELL, DONNELLY,
GRIMALDI & GALLAGHER
1900 L Street NW
Suite 401
Washington, D.C. 20036

Jeffrey R. DeCaro
DECARO, DORAN, SICILIANO,
GALLAGHER & DEBLASIS
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706

Ruth F. Vadi
Barry Bach (pro hac)
Hodes, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, MD 21204

/s/ Kathleen A. Behan