IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Brett E. Cohen, Esq.<br>As Personal and Legal<br>Representative of the Estate of<br>D.Q., Deceased<br><br>Plaintiff,<br><br>v.<br><br>The Government of the<br>District of Columbia,<br><br>et al.<br><br>Defendants. | CA. No. 1: 08-0480 RMC<br><br><br><br>Jury Trial Demanded |

## NOTICE OF WITHDRAWAL PURSUANT TO LCvR 83.6

Please note that I hereby withdraw my appearance as counsel for the Plaintiff in this matter. Pursuant to LCvR83.6(b), I have sought and obtained approval from the Plaintiff, and the Plaintiff previously has had other counsel enter an appearance in this matter.

Approved: _____
Brett E. Cohen, As personal
and Legal Representative
of the Estate of D.Q.

Respectfully Submitted,

/s/ Kathleen A. Behan

Kathleen A. Behan, DC # 429072
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, D.C. 20036
Tel: (202) 331-4150
Fax: (202) 318-7071
kab@becounsel.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008 the foregoing WITHDRAWAL OF APPEARANCE was served via ECF upon the following:

Christopher Costabile
10555 Main Street
Suite 400
Fairfax, VA 22030

David Grimaldi
MARTELL, DONNELLY,
GRIMALDI & GALLAGHER
1900 L Street NW
Suite 401
Washington, D.C. 20036

Jeffrey R. DeCaro
DECARO, DORAN, SICILIANO,
GALLAGHER & DEBLASIS
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706

Ruth F. Vadi
Barry Bach (pro hac)
Hodes, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, MD 21204

/s/ Kathleen A. Behan