## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Brett E. Cohen, Esq. | ) | |
| As Personal and Legal | ) | |
| Representative of the Estate of | ) | |
| D.Q., Deceased | ) | |
| | ) | |
| Plaintiff, | ) | CA. No. 1: 08-0480 RMC |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| The Government of the | ) | Jury Trial Demanded |
| District of Columbia , | ) | |
| | ) | |
| *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all Parties of Record:

    Please enter the appearance of Jason H. Ehrenberg of the Law Firm of Bailey & Ehrenberg, PLLC as counsel for the Plaintiff.

        Respectfully Submitted,

        /s/ Jason H. Ehrenberg

        Jason H. Ehrenberg, DC # 469077
        BAILEY & EHRENBERG PLLC
        1155 Connecticut Avenue NW
        Suite 1100
        Washington, D.C. 20036
        Tel: (202) 465-4729
        Fax: (202) 318-7071
        jhe@becounsel.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 20, 2008 the foregoing ENTRY OF APPEARANCE was served via ECF upon the following:

Christopher Costabile
10555 Main Street
Suite 400
Fairfax, VA 22030

David Grimaldi
MARTELL, DONNELLY,
GRIMALDI & GALLAGHER
1900 L Street NW
Suite 401
Washington, D.C. 20036

Jeffrey R. DeCaro
DECARO, DORAN, SICILIANO,
GALLAGHER & DEBLASIS
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706

Ruth F. Vadi
Barry Bach (pro hac)
Hodes, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, MD 21204

                                            /s/ Jason H. Ehrenberg